AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Virginia

UNITED STATES OF AMERICA

v.

Adam N. Stylianou

## WARRANT FOR ARREST

Case Number: R2018929   **07-578-M-01**

FILED
NOV 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Adam N. Stylianou _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    x Probation    ☐ Supervised Release    ☐ Violation Notice
   Violation Petition      Violation Petition      Violation

charging him or her with (brief description of offense)

Violation of Probation

in violation of Title ___18___ United States Code, Section(s) ___3565___

Kathy Roberts
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_Kathy Roberts_ (signature)
Signature of Issuing Officer

10/19/07 - Alexandria, VA
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/19/07 | G. P. Baxter, DUSM | (signature) |

Nov-19-07 08:05A USP E/VA, Alex Warrants    7 742060    P.02

Prob 12
(Mod.)

**FILED**
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF VIRGINIA

**FILED**
OCT 16 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Adam N. Stylianou    Docket No. R2018929

07-578-M-01

Petition on Probation

COMES NOW DANIELLIA B. GILLIAM, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Adam N. Stylianou, who was placed on supervision by the Honorable Liam O'Grady sitting in the Court at Alexandria, Virginia, on the 7th day of May, 2007, who fixed the period of supervision at 2 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a ~~summons~~ to be issued directing that the offender appear before the ~~Court~~ to show cause why supervision should not be revoked.

*Issue warrant*

Returnable Date: _____

ORDER OF COURT

Considered and ordered this 16th day of October, 2007 and ordered filed and made a part of the records in the above case.

_____
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/07

_____
Daniellia B. Gilliam
U.S. Probation Officer

Place Manassas, Virginia

TO CLERK'S OFFICE

Petition on Probation
Page 2

RE: STYLIANOU, Adam Nickolas

OFFENSE: Refusal in violation of Title 36, C.F.R., Section 4.234.17(c)(3)(ii).

SENTENCE: 2 years supervised probation with the following special conditions:

1. Defendant shall enter and complete an alcohol treatment program at the direction of the probation officer.
2. Commencing May 4, 2007, and continuing for 2 years, defendant may operate a motor vehicle ONLY if equipped with an ignition interlock device and then ONLY (a) to and from work; (b) during the course of work if required as an incident of employment; (c) to and from visits with counsel; and (d) to and from this court, the probation office and the alcohol treatment program.
3. Defendant shall serve 5 days in the Bureau of Prisons at the direction of the probation officer. Weekends are permitted.

Defendant shall pay a $400 fine, $25 processing fee and $10 special assessment fee during the period of probation.

ADJUSTMENT TO SUPERVISION: As of this writing, no payments have been made toward the Court imposed fine and fees. On July 22, 2007, the 5-day period of imprisonment was completed. In July 2007, courtesy supervision was established in the Richmond Division as Mr. Stylianou relocated to that area.

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY CONDITION:    COMMISSION OF A CRIME - TWO COUNTS OF DISTURBING THE PEACE, PUBLIC DRUNKENESS AND RESIST/OBSTRUCT OFFICER

A recent record check indicated on May 19, 2007, 19 days after sentencing, Mr. Stylianou was cited by a police officer from Orleans Parish South and charged with two counts of Disturbing The Peace, Public Drunkeness and Resist/Obstruct Officer. A collateral request was forwarded to the U.S. Probation Office in the Eastern District of Louisiana and no further information was found.

On August 23, 2007, this officer first questioned Mr. Stylianou about the aforementioned incident and he admitted that he was in New Orleans, but was not aware he had to report the contact with law enforcement to this officer.

CONDITION 1:    LEAVING THE JUDICIAL DISTRICT WITHOUT PERMISSION

Mr. Stylianou did not have permission to travel to New Orleans on the date of his arrest.

Petition on Probation
Page 3

RE: STYLIANOU, Adam Nickolas

CONDITION 11:    FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN
                 72 HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW
                 ENFORCEMENT OFFICER

Mr. Stylianou failed to notify the probation officer of the aforementioned contact with law enforcement.


DBG/lmc

Petition on Probation
Page 4

RE: STYLIANOU, Adam Nickolas

CONFIDENTIAL
Offender's Personal Information

| | |
|---|---|
| DOB: | FBI NO.: 21718EC6 |
| SSN: | REG. NO.: 74509-083 |
| SEX: Male | RACE: White/Non-Hispanic |
| ADDRESS: | USMS: 74509083 |
| PHONE: | |