*Return Copy*

Rev 1/07

**FILED**

DEC 1 0 2007

Clerk, U.S. District and
Bankruptcy Courts

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

RECEIVED MAILROOM

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Date: 11/28/07

Address of Other Court:  USDC Eastern District of Virginia
Criminal Division
401 Courthouse Square
Alexandria, VA 22314

RE: CR  07-mj-578, USA v. Adam N. Stylianou
              AK

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

- [✓] Docket Sheet
- [ ] Complaint
- [ ] Minute Order Appointing Counsel
- [ ] Corporate Surety Bond
- [ ] Personal Surety Bond
- [✓] Warrant of Removal
- [ ] Order of Removal
- [ ] Detention Order
- [✓] Waiver of Removal

- [✓] Other: Blotter filed on 11/19/07

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk